IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 1:13-CR-12 (WLS) |
| | : |
| STEWART PARNELL, SAMUEL LIGHTSEY, and MARY WILKERSON, | : |
| | : |
| Defendants. | : |

**ORDER**

Before the Court are Stewart Parnell's and Samuel Lightsey's Motions to Join Defendant Mary Wilkerson's Motions (Docs. 88, 89) and Mary Wilkerson's Motion to Compel Meaningful Discovery (Doc. 78) and her Motion to Suppress (Doc. 90). All of these motions violate Local Criminal Rule 47.1, which provides: "Unless the assigned judge prescribes otherwise, every motion filed in a criminal proceeding shall be accompanied by a memorandum of law citing supporting authorities." M.D. Ga. L. Crim. R. 47.1. It is neither the Court's nor the Government's job to unearth the legal bases for the defendant's motions. To the extent a motion requires the Court's adjudication, it must be accompanied by a memorandum of law specific to the pleader.

Therefore, Parnell's and Lightsey's Motions (Doc. 88, 89) to Join are **DENIED**. Wilkerson's Motion to Compel Meaningful Discovery (Doc. 78) and Motion to Suppress (Doc. 90) are **DENIED** without prejudice, consistent with the findings here and those described in the contemporaneous order regarding Wilkerson's other motions. Should

1

the Parties need additional time to file preliminary motions, the Court will entertain a written motion to modify the scheduling order.

**SO ORDERED**, this   8th   day of August 2013.

/s/ W. Louis Sands  _____
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**